LAW OFFICES
McCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL, GEORGIA  30076-2102
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

August 18, 2009

Clerk, United States Bankruptcy Court
The Foley Federal Building
300 Las Vegas Blvd. South
Las Vegas, NV  89101

## REQUEST FOR SERVICE OF NOTICES

RE:  Debtor(s)         :  Renato Ron Ritter and Patricia Marie Ritter
     Case Number       :  09-24596
     Chapter           :  13
     Secured Creditor  :  Litton Loan Servicing
     Loan Number       :  XXXX9793

Dear Sir / Madam:

   Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

   Litton Loan Servicing
   c/o McCALLA RAYMER, LLC
   Bankruptcy Department
   1544 Old Alabama Road
   Roswell, Georgia  30076

   Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

   We appreciate your courtesy in this matter.  If you have any questions, please do not hesitate to call me.
                                                   Very Truly Yours,

                                                   /s/ John D. Schlotter

                                                   John D. Schlotter, Esquire


cc: Kathleen Leavitt
    Christopher Patrick Burke, Esq.

File Number FISLT-09-06811 /
Request for Service of Notice

<u>Trustee</u>

Kathleen Leavitt
201 Las Vegas Blvd.
SO # 200
Las Vegas, NV  89101

<u>Debtor's Attorney</u>

Christopher Patrick Burke, Esq.
218 South Maryland Parkway
Las Vegas, NV  89101

File Number FISLT-09-06811 /
Request for Service of Notice

LAW OFFICES
McCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
<u>ROSWELL, GEORGIA  30076-2102</u>
TELEPHONE:770-643-2148
TELEFAX:866-761-0279
770-643-2148

August 18, 2009

Clerk, United States Bankruptcy Court
The Foley Federal Building
300 Las Vegas Blvd. South
Las Vegas, NV  89101

## REQUEST FOR SERVICE OF NOTICES
## AND FOR COPIES OF DEBTOR/S' PETITION AND PLAN

    RE:    Debtor(s)    :  Renato Ron Ritter and Patricia Marie Ritter
            Case Number    :  09-24596
            Chapter    :  13
            Secured Creditor    :  Litton Loan Servicing
            Loan Number    :  XXXX9793

Dear Sir / Madam:

    Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

        Litton Loan Servicing
        c/o McCALLA RAYMER, LLC
        Bankruptcy Department
        1544 Old Alabama Road
        Roswell, Georgia  30076

    Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

    Additionally in accordance with the provisions of 11 U.S.C. § 521 (e)(1) please provide a copy of Debtor/s' Petition and Schedules; and Pursuant to 11 U.S.C. § 521 (e)(3), please provide a copy of the Debtor/s' Plan.

    We appreciate your courtesy in this matter.  If you have any questions, please do not hesitate to call me.

                                                                  Very Truly Yours,

                                                                  `John D. Schlotter`

                                                                  John D. Schlotter, Esquire

    cc: Kathleen Leavitt
        Christopher Patrick Burke, Esq.

File Number FISLT-09-06811 /
Request for Service of Notice

<u>Trustee</u>

Kathleen Leavitt
201 Las Vegas Blvd.
SO # 200
Las Vegas, NV  89101

<u>Debtor's Attorney</u>

Christopher Patrick Burke, Esq.
218 South Maryland Parkway
Las Vegas, NV  89101

File Number FISLT-09-06811 /
Request for Service of Notice

LAW OFFICES
McCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL, GEORGIA  30076-2102
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
770-643-2148

August 18, 2009

Clerk, United States Bankruptcy Court
The Foley Federal Building
300 Las Vegas Blvd. South
Las Vegas, NV  89101

## REQUEST FOR SERVICE OF NOTICES
## AND FOR COPIES OF DEBTOR/S' PETITION AND PLAN

| | | | |
|---|---|---|---|
| RE: | Debtor(s) | : | Renato Ron Ritter and Patricia Marie Ritter |
| | Case Number | : | 09-24596 |
| | Chapter | : | 13 |
| | Secured Creditor | : | Litton Loan Servicing |
| | Loan Number | : | XXXX9793 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

Litton Loan Servicing
c/o McCALLA RAYMER, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, Georgia  30076

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

Additionally in accordance with the provisions of 11 U.S.C. § 521 (e)(1) please provide a copy of Debtor/s' Petition and Schedules; and Pursuant to 11 U.S.C. § 521 (e)(3), please provide a copy of the Debtor/s' Plan.

We appreciate your courtesy in this matter.  If you have any questions, please do not hesitate to call me.

Very Truly Yours,

`John D. Schlotter`

John D. Schlotter, Esquire

cc: Kathleen Leavitt
    Christopher Patrick Burke, Esq.

File Number FISLT-09-06811 /
Request for Service of Notice

<u>Trustee</u>

Kathleen Leavitt
201 Las Vegas Blvd.
SO # 200
Las Vegas, NV  89101

<u>Debtor's Attorney</u>

Christopher Patrick Burke, Esq.
218 South Maryland Parkway
Las Vegas, NV  89101

File Number FISLT-09-06811 /
Request for Service of Notice

FILE COPY

FILE NUMBER  FISLT-09-06811

LAW OFFICES
McCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
<u>ROSWELL, GEORGIA  30076-2102</u>
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
770-643-2148

August 18, 2009

Clerk, United States Bankruptcy Court
The Foley Federal Building
300 Las Vegas Blvd. South
Las Vegas, NV  89101

**REQUEST FOR SERVICE OF NOTICES
AND FOR COPIES OF DEBTOR/S' PETITION AND PLAN**

| | | | |
|---|---|---|---|
| RE: | Debtor(s) | : | Renato Ron Ritter and Patricia Marie Ritter |
| | Case Number | : | 09-24596 |
| | Chapter | : | 13 |
| | Secured Creditor | : | Litton Loan Servicing |
| | Loan Number | : | XXXX9793 |

Dear Sir / Madam:

   Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

      Litton Loan Servicing
      c/o McCALLA RAYMER, LLC
      Bankruptcy Department
      1544 Old Alabama Road
      Roswell, Georgia  30076

   Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

   Additionally in accordance with the provisions of 11 U.S.C. § 521 (e)(1) please provide a copy of Debtor/s' Petition and Schedules; and Pursuant to 11 U.S.C. § 521 (e)(3), please provide a copy of the Debtor/s' Plan.

   We appreciate your courtesy in this matter.  If you have any questions, please do not hesitate to call me.

                         Very Truly Yours,

                         John D. Schlotter, Esquire

cc: Kathleen Leavitt
    Christopher Patrick Burke, Esq.

File Number FISLT-09-06811 /
Request for Service of Notice