1  Jeremy T. Bergstrom, Esq.                                    E-filed on September 2, 2009
   Attorney Bar No. 6904
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   2200 Paseo Verde Pkwy., Suite 250
3  Henderson, NV  89052
   (702) 369-5960 / FAX (702) 369-4955
4  File No. 09-94498

5  Attorneys for Secured Creditor
   BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING,
   LP
6
                    **UNITED STATES BANKRUPTCY COURT**
7                        **DISTRICT OF NEVADA**

8  In Re,                                         BK No.: BK-S-09-24596-LBR

9  RENATO RON RITTER AKA RON                      Chapter 13
   RITTER AKA RON RENATO RITTER
10 AND PATRICIA MARIE RITTER AKA                  **REQUEST FOR SPECIAL NOTICE**
   P.K. RITTER,
11
                        Debtor(s).

12 TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE
   ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.
13
14       PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and

15 Bankruptcy Rules, Secured Creditor, BAC HOME LOANS SERVICING, LP FKA

16 COUNTRYWIDE HOME LOANS SERVICING, LP, requests that all notices given in this case

17 and all papers served or required to be served in this case (including, but not limited to, Notice

18 for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be

19 given to and served upon the undersigned at the following address and telephone number.

20       Jeremy T. Bergstrom, Esq.
         MILES, BAUER, BERGSTROM & WINTERS, LLP
21       2200 Paseo Verde Pkwy., Suite 250
         Henderson, NV  89052
22       PH (702) 369-5960

23                                    MILES, BAUER, BERGSTROM & WINTERS, LLP

24 Dated:    September 1, 2009    By:    /s/ Jeremy T. Bergstrom, Esq.
                                        Jeremy T. Bergstrom, Esq.
                                        Attorney for Secured Creditor
                                        1

1

## CERTIFICATE OF MAILING

2      The undersigned hereby certifies that on ___September 2, 2009_____, a copy of the

3   **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a

4   true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United

5   States Mail, addressed as follows:

6   ATTORNEY FOR DEBTOR:
    Christopher Patrick Burke
7   218 S. Maryland Pkwy.
    Las Vegas, NV 89101

8
    CHAPTER 13 TRUSTEE:
9   Kathleen A. Leavitt
    201 Las Vegas Blvd S. Ste. 200
10  Las Vegas, NV  89101

11      I declare under penalty of perjury under the laws of the State of Nevada that the

12  foregoing is true and correct.

13                          /s/ Michelle L. Benson
                          An Employee of Miles, Bauer, Bergstrom & Winters, LLP
14  **(09-94498/rfsnlv.dot/mlb)**

15

16

17

18

19

20

21

22

23

24

2